UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV18-1429-CAS(SPx) | Date | May 6, 2019 |
|---|---|---|---|
| Title | *EVEREST NATIONAL INSURANCE COMPANY v. KENDRA ALEMAN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Patricia Daza-Luu | Not Present |

**Proceedings:** PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST KENDRA ALEMAN AND KMK COMMERCIAL LINES AGENCY, INC. (Filed 03/28/19)[25]

Hearing held and plaintiff's counsel is present. No appearance is made by the defendants, nor on defendants' behalf. Tentative order provided. The Court confers with plaintiff's counsel, as stated in Court and on the record. The Court grants plaintiff's motion for default judgment. Plaintiff's counsel is ordered to submit a Proposed Judgment, which comports with the Court's tentative, forthwith.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |